

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2022

No. 04-22-00685-CV

**IN RE** Patrick **MULDOON**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:  Patricia O. Alvarez, Justice
     Irene Rios, Justice
     Beth Watkins, Justice

On October 14, 2022, relator filed a petition for writ of mandamus. Relator's mandamus petition violates Texas Rule of Appellate Procedure 9.9 in that the appendix to relator's mandamus petition includes sensitive data and such data has not been redacted. *See* TEX. R. APP. P. 9.9. We therefore **ORDER** that relator's mandamus petition is **STRICKEN**. We further **ORDER** relator to file an amended mandamus petition in compliance with Texas Rule of Appellate Procedure 9.9 on or before **October 24, 2022.**

It is so **ORDERED** on October 18, 2022.

               **PER CURIAM**

ATTESTED TO: _____
      MICHAEL A. CRUZ,
      CLERK OF COURT

---

[1] This proceeding arises out of Cause No. 2022-CI-16599, styled *In the Interest of I.M.C.C.*, *a Child*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Norma Gonzales presiding.